# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

In Re:                             )
    Kathleen Marie McTaggart    )
                                   )
                                   )   Case No.   10-31260 -btf-7

## MOTION TO TRANSFER FUNDS INTO COURT REGISTRY
## WITH 21 DAY NOTICE

    COMES NOW Patricia A. Brown, Trustee in Bankruptcy for Kathleen Marie McTaggart, and files this Motion to Transfer Funds to the Court Registry. In support thereof the Trustee states:

    1. Patricia A. Brown is the duly acting and qualified Trustee of this bankruptcy estate.

    2. The Trustee is ready to prepare her Final Report but has funds that belong to debtor's non-filing spouse, James McTaggart, that need to be distributed before the Report can be filed.

    3. The debtor was part of a class action settlement re: *Beaver, et al. V. U.S. Bank National Association, et al.*, Case # 1216-CV21345. part of the U. S. Bank Trust Loans Settlement. James McTaggaart did not jointly file bankruptcy with the debtor, which made one-half share of the settlement and one- half share of each subsequent payment not an asset of the bankruptcy estate.

    4. Correspondents mailed by the trustee to the last know address for James McTaggart have been returned with no forwarding. The phone numbers that Mr. McTaggart had provided the trustee are not working numbers. The trustee has $1,827.73 that belong to James McTaggart.

    Based on the forgoing, the Trustee requests that the Court enter an Order to pay the funds into the Court's registry, and for such other and further relief as this Court deems just and proper.

    Any response to the motion must be filed within twenty-one (21) days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within twenty-one ( 21) days, the Court will enter an order.

                                                                /s/ Patricia A. Brown
                                                                Patricia A. Brown, Trustee
                                                                P. O. Box 1865
                                                                 Joplin, Missouri 64802
                                                                 417-206-8358

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Kathleen Marie McTaggart | ) | Case # 10-31260- btf- 7 |
| | ) | |
| Debtors | | |

CERTIFICATE OF SERVICE

The undersigned certifies that a complete copy of the foregoing instrument was served either by electronic notice or by U. S. Mail, postage prepaid to: debtor, debtors' attorney and the US Trustee on the date entered on the court's docket.

/s/ Patricia A. Brown
Patricia A. Brown, Trustee
P. O. Box 1865
Joplin, Missouri 64802
417-206-8358